IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANQUAVIOUS SEALS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 1:11-CV-099 (WLS) |
| | : | |
| OFFICERS MARCUS, BELL, and | : | |
| RANDALL, and WARDEN CHATMAN, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed August 1, 2011.  (Doc. 12).  It is recommended that Respondent Warden Chatman be Dismissed as a Defendant in this action.

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (Doc. 12).  The period for objections expired on Monday, August 15, 2011; no objections have been filed to date. (See Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Respondent Warden is **DISMISSED** from this action.

**SO ORDERED**, this   20th   day of December, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**